UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| AHMED GABOURI, | ) | CASE NO. CV 11-09486 AGR |
|---|---|---|
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: September 28, 2012

_____
ALICIA G. ROSENBERG
United States Magistrate Judge